UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Salvador Garcia-Tapia<br>Defendant. | Case Number<br>CR 99-20102 JW<br><br>ORDER - CJA CONTRIBUTION(s) DUE |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 100 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[✓] That certain date of _____ and the SAME DAY each month thereafter;

[✓] The first day of November 2010 and the FIRST DAY of each month thereafter;

[ ] MAIL TO:  Clerk, U. S. District Court
              280 South First Street, Room 2112
              San Jose, CA.  95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

[ ] That certain date of _____;

[ ] MAIL TO:  Clerk, U. S. District Court
              280 South First Street, Room 2112
              San Jose, CA.  95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

FILED
OCT - 7 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DATED: 10/7/10

Howard R. Lloyd
U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72